UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LUCAS LEONEL URBINA
LEZCANO,

      Petitioner,

    v.                                    Case No.:  2:26-cv-01404-SPC-NPM

WARDEN OF FLORIDA SOFT
SIDE SOUTH DETENTION
FACILITY *et al.*,

      Respondents,

                             /

## OPINION AND ORDER

Before the Court are Lucas Leonel Urbina Lezcano's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response (Doc. 11).  For the below reasons, the Court grants the petition.

Urbina Lezcano is a native and citizen of Nicaragua who entered the United States in 2021.  Immigration and Customs Enforcement ("ICE") recently arrested Urbina Lezcano and detained him without an opportunity to seek release on bond.  In light of the Eleventh Circuit's recent opinion in *Hernandez Alvarez v. Warden*, --- F.4th ---, 2026 WL 1243395 (11th Cir. 2026), the government concedes Urbina Lezcano is entitled to a bond hearing.

The Court will thus order the respondents to either bring Urbina Lezcano before an immigration judge for an individualized bond hearing within

ten days or release him.  To satisfy this Order, the hearing must include—and the resulting order must reflect—consideration of evidence properly submitted by the petitioner and the factors announced in *In re Guerra*, 24 I. & N. Dec. 37 (BIA 2006), and Urbina Lezcano's counsel must be given at least 48 hours' notice of the hearing, but only if they enter their appearance in the Executive Office of Immigration Review's online filing system in time to receive the notice.  The Court is aware the EOIR is the agency that conducts bond hearings, it is not a party to this action, and it may decide not to hold a hearing that satisfies these requirements.  If the respondents are unable to ensure Urbina Lezcano receives a bond hearing that complies with this Order within ten days, they must release him.

Accordingly, it is hereby

**ORDERED**:

Lucas Leonel Urbina Lezcano's Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED**.

(1)    Within **ten days** of this Opinion and Order, the respondents shall either (1) bring Urbina Lezcano for an individualized bond hearing before an immigration judge or (2) release Urbina Lezcano under reasonable conditions of supervision.  If the respondents release Urbina Lezcano, they shall facilitate his transportation from the detention facility by notifying his counsel when and where he may be collected.

(2)    The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close the case.

**DONE AND ORDERED** in Fort Myers, Florida on May 18, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties or Record